1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   JOANNE S. OSINOFF
4  Assistant United States Attorney
   Chief, General Civil Section
5  DANIEL A. BECK (Cal. Bar No. 204496)
   Assistant United States Attorney
6         Federal Building, Suite 7516
          300 North Los Angeles Street
7         Los Angeles, California 90012
          Telephone: (213) 894-2574
8         Facsimile: (213) 894-7819
          E-mail: Daniel.Beck@usdoj.gov
9
   Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EMILIO REYES,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF INTERIOR; BUREAU OF INDIAN AFFAIRS; AMY DUTSCHKE in her official capacity as Regional Director of the Bureau of Indian Affairs, Pacific Regional Office, and DOES 1-50, inclusive,<br><br>Defendants | No. 5:18-cv-02128-GW-AGRx<br><br>**DEFENDANTS' RESPONSE TO MOTION TO INTERVENE TO SET ASIDE AN ORDER ENTERED ON MAY 13. 2020**<br><br>Hearing Date: August 20, 2020<br>Hearing Time: 8:30 a.m.<br>Ctrm: 9D<br><br>Hon. George H. Wu<br>United States District Judge |

## DEFENDANTS' RESPONSE TO MOTION TO INTERVENE

### I.     INTRODUCTION

Defendants' overriding concern is that the various complex extrinsic disputes between Plaintiff and the proposed intervenor (or other third parties) not be interjected into this narrow Administrative Procedure Act (APA) action, where they do not belong. This case should not be misused as an avenue to continue legal fights from other proceedings, and it should not degenerate into litigation about litigation.

To the extent the proposed intervenor wants to change or clarify factual findings made in the "Order Granting Plaintiff's Motion to Remove Incorrectly Filed Documents and for an Order Granting the Return or Destruction of all Documents Inadvertently Filed," [Dkt. no. 68] (the "Order"), that should not require granting formal intervention. Insofar as the Order finds that "Plaintiff's former counsel has been vindictive for no apparent reason and despite numerous requests, Ms. McIntosh has refused to destroy Plaintiff's documents," that finding does not appear necessary to the Order, and can simply be deleted in a modified or clarified order, without granting intervention.

### II.    THE MOTION TO INTERVENE BY ALEXANDRA R. MCINTOSH

On July 13, 2020, Alexandra McIntosh filed her Motion to Intervene [Dkt. no. 77]. In support of her Motion to Intervene, Ms. McIntosh submits declaration testimony and various documents relating to her arguments regarding Plaintiff and the wrongdoings he allegedly committed in their interactions.

On July 24, 2020, Plaintiff filed an opposition to the Motion to Intervene [Dkt. no. 79], along with the supporting declaration of Emilio Reyes and exhibits [Dkt. no. 79-1].

It remains unclear from the Motion to Remove, the Motion to Intervene, and Plaintiff's Opposition, what information/documentation is actually at issue and why it is confidential. Plaintiff and Ms. McIntosh allude to the information/documentation in a circuitous and abstract way. Insofar as information is confidential, it should be identified what it is and why it is confidential (*e.g.* social security numbers, third-party medical information), rather than vaguely alluding to its alleged impropriety/propriety.

1

### III. DEFENDANTS' POSITION ON THE MOTION TO INTERVENE

As exemplified by the recent filings from the Plaintiff and the proposed intervenor, there appear to be conflicts between groups that purport to represent or descend from groups known as the Gabrielino Indians and/or Tongva. See generally https://en.wikipedia.org/wiki/Tongva (discussing conflicts).

Such extrinsic disputes, however, are not relevant for resolving the two disputed issues that this APA case actually raises: [1] Did the BIA err in determining that Plaintiff has Diegueño (San Diego) Indian descent, rather than Tongva/Gabrielino descent? [2] Was the BIA obligated to issue Plaintiff a Certificate of Degree of Indian Blood (CDIB)? See Second Amended Complaint [Dkt. no. 63]; Joint Rule 26(f) report [Dkt. no. 75] (defining the disputed issues).

Accordingly, insofar as the proposed intervenor takes issue with a factual finding asserted in the Order, the simple remedy is to delete the factual finding complained of, which is not essential to the Order. Granting formal intervention is not required. And in any event, this action should not be derailed to incorporate extrinsic disputes.

Dated: July 29, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

   /s/  *Daniel A. Beck*
DANIEL A. BECK
Assistant United States Attorney

Attorneys for Federal Defendants

2

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On July 29, 2020, I served **DEFENDANTS' RESPONSE TO MOTION TO INTERVENE TO SET ASIDE AN ORDER ENTERED ON MAY 13, 2020** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: July 29, 2020. Place of mailing: Los Angeles, California. Person(s) and/or Entity(ies) to Whom mailed:

> Alexandra R McIntosh
> Law Office of Alexandra R McIntosh APC
> 2214 Faraday Avenue
> Carlsbad, CA 92008

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 29, 2020, at Los Angeles, California.



_____
CHRISTINA G. TORRES