JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EMILIO REYES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE INTERIOR; BUREAU OF INDIAN AFFAIRS; AMY DUTSCHKE, in her official capacity as Regional Director of the Bureau of Indian Affairs Pacific Regional Office, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. **EDCV 18-2128-GW-AGRx**<br>CV 20-11008-GW-AGRx<br><br>**JUDGMENT FOR DEFENDANTS** |

Upon consideration of the Defendants' motion for summary judgment and Plaintiff's motion for summary judgment, the pleadings, records, and other documents on file with the Court in this action, the Administrative Record, the hearings held on November 22, 2021 and December 6, 2021, and in accordance with the Court's December 8, 2021 order (ECF no. 155) granting Defendants' motion for summary judgment and denying Plaintiff's motion for summary judgment pursuant to the reasons stated in the tentative rulings (ECF nos. 150 and 154):

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant on all causes of action, and against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each side will bear its own costs, fees, and expenses.

Dated: December 14, 2021

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by,

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

   /s/ Daniel A. Beck
DANIEL A. BECK
Assistant United States Attorney

Attorneys for the Defendants

1